**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE:<br>WILLIAM R. SUDECK, JR.<br>DEBTOR | Case No.: 06-16483<br>Chapter 7 |
| LITIGATION ENFORCEMENT GROUP<br>ASSIGNEE OF TODD HAYES<br>PLAINTIFF<br>VS.<br><br>WILLIAM R. SUDECK, JR.<br>DEFENDANT<br><br>And<br>ING DIRECT<br>RESPONDENT/ JUDGMENT GARNISHOR | Adver.: 07-00015 |

**ANSWER OF LITIGATION ENFORCEMENT GROUP TO STATE OF MARYLAND MOTION TO DISMISS GARNISHMENT**

NOW COMES, D. Cyrus Nickens, d/b/a Litigation Enforcement Group, and files this Answer to State of Maryland Motion to Dismiss Garnishment and in support state:

1. Admit.

2. Admit.

3. Admit.

4. Admit.

5. Does not require Plaintiff admit or deny.

6. Does not require Plaintiff admit or deny.

FILED
NOV 06 2009
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE

7. Does not require Plaintiff admit or deny.

8. Plaintiff is without sufficient information as to admit or deny the allegations raised in paragraph (8) of the Motion, accordingly this will have the effect of a denial.

9. (SIC) 10- Deny

WHEREFORE, In light of the foregoing, Plaintiff respectfully request that the Motion to Dismiss be Denied.

Respectfully submitted,

D. Cyrus Nickens d/b/a
Litigation Enforcement Group
2123 Maryland Avenue
Baltimore, Maryland 21218
443-485-9527 x 704

**CERTIFICATE OF SERVICE**

I hereby certify, that the foregoing was mailed first class mail, postage pre-paid on November 4, 2009, to:

Brian Olner, Esq.
Via Electronic Means

William Sudeck

D. Cyrus Nickens d/b/a
Litigation Enforcement Group

FILED
NOV 06 2009
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND