**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND (Baltimore City Division)**

| | |
|---|---|
| **IN RE:** **WILLIAM SUDECK, JR.** DEBTOR | **Chapter 7** **Case No.:** 06-16483 |
| **LITIGATION ENFORCEMENT GROUP ASSIGNEE TODD HAYES** PLAINTIFF -vs **WILLIAM R. SUDECK** DEFENDANT | **Adver No.: 07-00015** |

**AMENDED RESPONSE TO STATE OF MARYLAND MOTION TO DISMISS GARNISHMENT**

NOW COMES, D Cyrus Nickens, d/b/a Litigation Enforcement Group, and files this Amended Response To State of Maryland Motion to Dismiss and for reasons represent:

1. On December 6, 2009, the undersigned Plaintiff properly served a copy of the garnishment on the State of Maryland via certified mail. "Exhibit #"A".

WHEREFORE, Plaintiff, respectfully request that the Motion to Dismiss Garnishment be Denied.

Respectfully submitted,

FILED
DEC 09 2009
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE

D. Cyrus Nickens d/b/a
Litigation Enforcement Group
2123 Maryland Avenue
Baltimore, Maryland 21218
443-485-9527 x 704

**CERTIFICATE OF SERVICE**

I hereby certify, that the foregoing was mailed first class mail, postage pre-paid on December 7, 2009, to:

Brian Olner, Esq.
Via Electronic Means

William Sudeck

D. Cyrus Nickens d/b/a
Litigation Enforcement Group

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Office of Attorney General
Douglas Gansler
200 St Paul St, 20th Floor
Balt MD 21202

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) D. Jackson

C. Date of Delivery 12/6

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)*
7006 0100 0000 2110 3119

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540